# United States District Court
# Central District of California

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; DAVID SINGLETARY,<br><br>    Plaintiffs,<br><br>    v.<br><br>4607 WILLIS MANOR, LLC; GREYSTONE PROPERTIES, INC.; AND DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-05477-ODW(AS)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 9), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by October 23, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 8, 2017

                                            _____
                                              **OTIS D. WRIGHT, II**
                                           **UNITED STATES DISTRICT JUDGE**